Michael L. JONES, Plaintiff–Appellant,

v.

LIEBER CI; Perry CI Warden Larry
Cartledge; Assoc Warden Florence
Mauney; Richard L. Turner, SCDC
Disciplinary Hearing Officer; D Fil-
more, Inmate Classification Commit-
tee, Chairperson; SCDC Inmate
Grievance Branch Headqtrs; Perry
Correctional Institution; SC Depart-
ment of Corrections, Individually,
and in their official Capacities, De-
fendants–Appellees.

No. 14–7162.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 18, 2014.

Decided: Dec. 23, 2014.

Michael L. Jones, Appellant Pro Se.
James Adam Russell, Charles Franklin
Turner, Jr., Willson Jones Carter & Bax-
ley, P.A., Greenville, South Carolina, for
Appellees.

Before SHEDD, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael L. Jones appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Jones' 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Jones v. Lieber Corr. Inst.*, No. 2:13–cv–02034–JFA, 2014 WL 3687414 (D.S.C. July 23, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*